1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8   RON VANDERBECK,

9           Plaintiff,                        CIV. NO. S-11-0992 JAM GGH PS

10          vs.

11  YOU NEVER KNOW, LLC,

12          Defendant.                        ORDER

                                          /
13  _____

14          Defendant's motion to dismiss presently is calendared for hearing on August 4,

15  2011.  Having reviewed the record, the court has determined that oral argument would not be of

16  material assistance in determining the pending motion.  Accordingly, the court will not entertain

17  oral argument, and will determine the motion on the record, including the briefing in support of

18  the pending motion.  See E.D. Cal. L.R. 230(g).

19          Accordingly, IT IS ORDERED that:

20          1. The August 4, 2011 hearing on the motion to dismiss, filed July 1, 2011, is

21  vacated; and

22          2. The motion is submitted on the record.

23  DATED: August 2, 2011

24                                        /s/ Gregory G. Hollows

25                              UNITED STATES MAGISTRATE JUDGE

26  GGH:076:Vanderbeck0992.vac.wpd

                                          1